IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| WALNUT HILLS- § | |
| GREENVILLE AVE, LLC § | |
| DEBTOR § | BANKRUPTCY CASE NO. 24-31485 |

**STATEMENT OF OPERATIONS**

**Walnut Hills - Greenville Ave, LLC**
Income Statement
As of 12/31/2023
*prepared by Mark Previty, CPA*

| Account Description | Jan-2023 | Feb-2023 | Mar-2023 | Apr-2023 | May-2023 | Jun-2023 | Jul-2023 | Aug-2023 | Sep-2023 | Oct-2023 | Nov-2023 | Dec-2023 | FY 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46104 · Rental Income | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 3,485,688 |
| 46105 · Rental Income - CAM | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Income | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 3,485,688 |
| **Operating Expenses:** | | | | | | | | | | | | | |
| 62101 · Bank Service Fees | 101 | 85 | 100 | 47 | 49 | 47 | 47 | 0 | 0 | 0 | 0 | 0 | 477 |
| 64000 · Insurance Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 66502 · Taxes - Property | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 67102 · Prof. Fees - Attorneys | 0 | 1,138 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,138 |
| 68202 · Office Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 68300 · Telecom Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 68303 · Telephone Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating Expenses | 101 | 1,222 | 100 | 47 | 49 | 47 | 47 | 0 | 0 | 0 | 0 | 0 | 1,614 |
| Operating Income | 290,373 | 289,252 | 290,374 | 290,427 | 290,425 | 290,427 | 290,427 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 3,484,074 |
| 80000 · Other (Inc.) / Exp. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 80202 · Interest & Late Fees | 91,493 | 91,493 | 82,639 | 91,493 | 88,542 | 91,493 | 88,542 | 91,493 | 91,493 | 88,542 | 91,493 | 88,542 | 1,077,257 |
| 80203 · Financing Costs | 0 | 0 | 0 | (13) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (13) |
| 80300 · Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 80401 · Taxes - Franchise | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 80501 · Depreciation | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 42,500 | 510,000 |
| **Net Income** | **156,380** | **155,258** | **165,235** | **156,447** | **159,383** | **156,434** | **159,385** | **156,481** | **156,481** | **159,432** | **156,481** | **159,432** | **1,896,830** |
| | | | | | | | | | | | | | |
| Operating Income | 290,373 | 289,252 | 290,374 | 290,427 | 290,425 | 290,427 | 290,427 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 3,484,074 |
| Plus: Rent Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less: Management Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EBITDAR $ | 290,373 | 289,252 | 290,374 | 290,427 | 290,425 | 290,427 | 290,427 | 290,474 | 290,474 | 290,474 | 290,474 | 290,474 | 3,484,074 |