**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| WALNUT HILLS- § | |
| GREENVILLE AVE, LLC § | |
| DEBTOR § | BANKRUPTCY CASE NO. 24-31485 |

**NOTICE OF FILING AUTHORIZATION OF THE MANAGER AND WRITTEN CONSENT OF THE MEMBER OF WALNUT HILLS-GREENVILLE AVE, LLC**

PLEASE TAKE NOTICE THAT attached as **Exhibit A** is the Authorization of Manager and Written Consent of the Member of Walnut Hills-Greenville Ave, LLC.

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Voice
(713) 595-8201 Facsimile
PROPOSED COUNSEL FOR DEBTOR

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Authorization of Manager and Written Consent of the Member of Walnut Hills-Greenville Ave, LLC was served upon the US Trustee and to the parties listed on the service list below and the attached mailing matrix either via electronic notice by the court's ECF noticing system or by United States first class mail, postage prepaid, on April 2, 2024:

Debtor:
Walnut Hills-Greenville Ave, LLC
1911 Bagby Street
Suite 200
Houston, TX 77002

US Trustee:
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

Parties Requesting Electronic Notice ECF:

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

>                                         */s/Robert C. Lane*
>                                         Robert C. Lane

```
Label Matrix for local noticing        Walnut Hills-Greenville Ave, LLC       4
0541-4                                 1911 Bagby St Suite 300                United States Bankruptcy Court
Case 24-31485                          Houston, TX 77002-8740                 PO Box 61010
Southern District of Texas                                                    Houston, TX 77208-1010
Houston
Tue Apr  2 06:38:42 CDT 2024

Advanced Dallas Hospital & Clinics, LLC   Dallas County                      (p)GRAY REED & MCGRAW LLP
1911 Bagby Street Suite 200            c/o Linebarger Goggan Blair & Sampson  ATTN LISA STUCKETT
Houston, TX 77002-8860                 2777 N. Stemmons Frwy 1000             1300 POST OAK BLVD STE 2000
                                       Dallas, TX 75207-2328                  HOUSTON TX 77056-8000

Kaine Russell Coleman Logan PC         The Lane Law Firm                      US Trustee
Attn: Brian Clark                      6200 Savoy Dr Ste 1150                 Office of the US Trustee
901 Main St Ste 5200                   Houston, TX 77036-3369                 515 Rusk Ave
Dallas, TX 75202-3705                                                         Ste 3516
                                                                              Houston, TX 77002-2604

United Texas Bank                      Robert C Lane
13101 Preston Rd Ste 200               The Lane Law Firm
Dallas, TX 75240-5220                  6200 Savoy Dr Ste 1150
                                       Houston, TX 77036-3369
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Gray Reed & McGraw LLP
c/o Anna M. Virene
1300 Post Oak Blvd
Houston, TX 77056-3043
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Walnut Hills-Greenville Ave, LLC    End of Label Matrix
1911 Bagby St Suite 300                Mailable recipients    10
Houston, TX 77002-8740                 Bypassed recipients     1
                                       Total                  11
```