IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| WALNUT HILLS-GREENVILLE AVE, LLC, | § § | Case No. 24-31485 |
| Debtor. | § § § | |

### EMERGENCY MOTION TO COMPEL PRODUCTION OF DOCUMENTS

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE**

United Texas Bank ("UTB"), the Debtor's prepetition secured lender, files this *Emergency Motion to Compel Production of Documents* (the "Motion") and, in support hereof states as follows:

## GROUNDS FOR EMERGENCY RELIEF

1. By agreement of the parties, the 2004 Examinations of the Debtor and Debtor's CPA are scheduled for August 28, 2024. UTB has twice agreed to extend the date by which documents must be produced in response to the 2004 Notices, the production date being August 22, 20024. Neither Debtor nor Debtor's CPA have produced any documents. Completion of this discovery is critical in advance of (i) the September 3, 2024 hearing on UTB's Motion to Appoint Examiner; and (ii) the September 16, 2024 hearing on confirmation of Debtor's Plan.

## BACKGROUND

2. This is a single asset real estate case. UTB is Debtor's secured lender and is owed $21,142,535.49 as of the petition date. *See* UTB's Proof of Claim No. 3.

3. On July 29, 2024, UTB noticed the 2004 Examination of Debtor for August 20, 2024, with a document production date of August 15, 2024. *See* Dkt. 36. On August 8, 2024, UTB noticed the 2004 Examination of Debtor's CPA, Mark Previty, for August 28, 20024, with a document production date of August 23, 2024. *See* Dkt. 50. By agreement of the parties, both 2004 Examinations were rescheduled to August 28, 2024, with document production due August 22, 2024.

4. Neither Debtor nor Mr. Previty produced documents on August 22, 2024. No explanation has been provided and Debtor's counsel has not responded to a follow up e-mail.

## RELIEF REQUESTED

UTB requests that the Court set an emergency hearing at its earliest convenience and enter an order compelling Debtor and Mr. Previty to produce all documents responsive to the 2004 Exam Notices. Debtor's compliance is required by the Bankruptcy Rules and this information is critical

to the upcoming hearings that are scheduled for September 3, 2024 and September 16, 2024. Good cause exists for UTB's request for this relief.

## PRAYER

WHEREFORE, UTB respectfully requests that the Court (i) set this Motion for an emergency hearing at its earliest convenience; (ii) compel Debtor and Mr. Previty to produce all requested documents; and (iii) award UTB such other and further relief to which it may be entitled.

DATED: August 23, 2024

                                        Respectfully submitted,

                                        **KANE RUSSELL COLEMAN LOGAN PC**

                                        By: */s/ Michael P. Ridulfo*
                                              **Michael P. Ridulfo**
                                              State Bar No. 16902020
                                              SDTX 27086
                                              5151 San Felipe, Suite 800
                                              Houston, Texas 77056
                                              Tel.: (713) 425-7400
                                              Fax: (713) 425-7700
                                              Email: whotze@krcl.com

                                              **John J. Kane**
                                              State Bar No. 24066794
                                              **Kyle Woodard**
                                              State Bar No. 24102661
                                              901 Main Street, Suite 5200
                                              Dallas, Texas 75202
                                              Tel.: (214) 777-4200
                                              Fax: (214) 777-4299
                                              Email: jkane@krcl.com
                                              Email: kwoodard@krcl.com

                                        *Counsel for United Texas Bank*

**CERTIFICATE OF CONFERENCE**

Debtor's production of documents on August 22, 2024 was agreed to by counsel. The undersigned has received no response to an e-mail to Debtor's counsel inquiring about Debtor's non-production.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

**CERTIFICATE OF SERVICE**

This is to certify that on August 23, 2024, a true and correct copy of the foregoing notice was filed with the Court and served (i) via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and (ii) via first-class mail, postage prepaid, upon all parties on the attached Service List.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

```
Label Matrix for local noticing          Dallas County                            Walnut Hills-Greenville Ave, LLC
0541-4                                   Linebarger Goggan Blair & Sampson, LLP   1911 Bagby St Suite 300
Case 24-31485                            c/o John K Turner                        Houston, TX 77002-8740
Southern District of Texas               2777 N. Stemmons Frwy Ste 1000
Houston                                  Dallas, TX 75207-2328
Fri Aug 23 15:48:22 CDT 2024

4                                        Advanced Dallas Hospital & Clinics, LLC  Clinical Communication Partners, LLC
United States Bankruptcy Court           1911 Bagby Street Suite 200              c/o Lisa Norman
PO Box 61010                             Houston, TX 77002-8860                   Andrews Myers, P.C.
Houston, TX 77208-1010                                                            1885 Saint James Place, 15th Floor
                                                                                  Houston, Texas 77056-4175


Dallas County                            Dallas County                            (p)GRAY REED & MCGRAW LLP
Linebarger Goggan Blair & Sampson, LLP   c/o Linebarger Goggan Blair & Sampson    ATTN LISA STUCKETT
c/o John Kendrick Turner                 2777 N. Stemmons Frwy 1000               1300 POST OAK BLVD STE 2000
2777 N. Stemmons Freeway                 Dallas, TX 75207-2328                    HOUSTON TX 77056-8000
Suite 1000
Dallas, TX 75207-2328

Kaine Russell Coleman Logan PC           The Lane Law Firm                        US Trustee
Attn: Brian Clark                        6200 Savoy Dr Ste 1150                   Office of the US Trustee
901 Main St Ste 5200                     Houston, TX 77036-3369                   515 Rusk Ave
Dallas, TX 75202-3705                                                             Ste 3516
                                                                                  Houston, TX 77002-2604


United Texas Bank                        Robert C Lane
13101 Preston Rd Ste 200                 The Lane Law Firm
Dallas, TX 75240-5220                    6200 Savoy Dr Ste 1150
                                         Houston, TX 77036-3369
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Gray Reed & McGraw LLP
c/o Anna M. Virene
1300 Post Oak Blvd
Houston, TX 77056-3043
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)United Texas Bank                     (d)Walnut Hills-Greenville Ave, LLC      End of Label Matrix
                                         1911 Bagby St Suite 300                  Mailable recipients   13
                                         Houston, TX 77002-8740                   Bypassed recipients    2
                                                                                  Total                 15
```