IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| WALNUT HILLS-GREENVILLE AVE, LLC, | § § | Case No. 24-31485 |
| Debtor. | § § § | |

**UNITED TEXAS BANK'S WITNESS & EXHIBIT LIST FOR HEARING ON SEPTEMBER 3, 2024, AT 8:30 A.M.**

United Texas Bank ("UTB"), files this Witness & Exhibit List for the hearing on **Tuesday, September 3 at 8:30 a.m.**, prevailing central time (the "Hearing"), before the Honorable Jeffrey P. Norman, United States Bankruptcy Judge, to consider UTB's *Emergency Motion to Compel Production* [Dkt. #52] (the "Compel Motion").

## **WITNESSES**

UTB may call any of the following witnesses at the Hearing:

1. Greg Quarles.

2. Joseph Lenahan.

3. Mark Previty.

4. Any representative(s) of the Debtor.

5. Any witness called or designated by any other party.

6. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

7. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

**EXHIBITS**

UTB may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | United Texas Bank's Notice of Rule 2004 Examination of the Debtor, Walnut hills-Greenville Ave, LLC [DE 36] | | | |
| B. | United Texas Bank's Notice of Rule 2004 Examination of Mark Previty, CPA [DE 50] | | | |
| C. | United Texas Bank's Notice of Rescheduled Rule 2004 Examinations [DE51] | | | |
| D. | United Texas Bank's Proof of Claim | | | |

UTB reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

DATED:  August 29, 2024                    Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
**Michael P. Ridulfo**
State Bar No. 16902020
Fed. Id. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
Tel.: (713) 425-7400
Fax: (713) 425-7700
Email: whotze@krcl.com

**John J. Kane**
State Bar No. 24066794
**Kyle Woodard**
State Bar No. 24102661
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com

*Counsel for United Texas Bank*

## **CERTIFICATE OF SERVICE**

This is to certify that on August 29, 2024, a true and correct copy of the foregoing notice was filed with the Court and served (i) via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and (ii) via first-class mail, postage prepaid, upon all parties on the attached Service List.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo
