IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| WALNUT HILLS-GREENVILLE AVE, LLC, | § § § | Case No. 24-31485 |
| Debtor. | § § § | |

**UNITED TEXAS BANK'S AMENDED WITNESS & EXHIBIT LIST FOR HEARING ON SEPTEMBER 3, 2024, AT 10:30 A.M.**

United Texas Bank ("UTB"), files this Amended Witness & Exhibit List for the hearing on **Tuesday, September 3, 2024 at 10:30 a.m.**, prevailing central time (the "Hearing"), before the Honorable Jeffrey P. Norman, United States Bankruptcy Judge, to consider UTB's *Motion for Order Appointing Examiner* [Dkt. #33] (the "Examiner Motion").[1]

## **WITNESSES**

UTB may call any of the following witnesses at the Hearing:

1. Greg Quarles, United Texas Bank.

2. Joseph Lenahan.

3. Mark Previty.

4. Any representative(s) of the Debtor.

5. Any witness called or designated by any other party.

6. Any witness necessary to impeach the testimony of any witness called or designated by any other party.

7. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

---

[1] This Amended Witness & Exhibit List is filed to add Greg Quarles as a witness. The Exhibits are unchanged.

## EXHIBITS

UTB may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | Loan Agreement dated March 16, 2022 | | | |
| B. | Promissory Note dated March 16, 2022 | | | |
| C. | Deed of Trust, Security Agreement, Assignment of Rents, Fixture Filing, and Financing Statement dated March 16, 2022 | | | |
| D. | Pledge and Security Agreement dated March 16, 2022 | | | |
| E. | Guaranty Agreement dated March 16, 2022 | | | |
| F. | Master Lease Agreement executed on December 1, 2020 | | | |
| G. | Subordination, Non-Disturbance and Attornment Agreement recorded March 18, 2022 | | | |
| H. | Walnut Hills-Greenville Ave, LLC ("**Debtor**") TXSOS Filings (Certificate of Formation and Public Information Report) | | | |
| I. | Advanced Dallas Hospital & Clinics, LLC ("**Tenant**") TXSOS Filings (Certificate of Formation and Public Information Report) | | | |
| J. | Cognizant Management Solutions, LLC TXSOS Filings (Certificate of Formation and Public Information Report) | | | |
| K. | Zoo Capital Holdings, LLC TXSOS Filings (Certificate of Formation and Public Information Report) | | | |
| L. | Tenant Income Statements (2020-2023) | | | |
| M. | Debtor Income Statement (2020-2023) | | | |
| N. | Chapter 11 Voluntary Petition [Dkt. #1] | | | |
| O. | Balance Sheet [Dkt. #2] | | | |
| P. | Cash Flow Statement [Dkt. #3] | | | |
| Q. | Statement of Operations [Dkt. #4] | | | |

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| R. | Schedules and Statement of Financial Affairs [Dkt. #17] | | | |
| S. | Debtor's Status Report per 11 U.S.C. § 1188(c) [Dkt. #26] | | | |
| T. | Monthly Operating Report, April 2024 [Dkt. #27] | | | |
| U. | Monthly Operating Report, May 2024 [Dkt. #30] | | | |
| V. | Debtor's Plan of Reorganization [Dkt. #37] | | | |
| W. | Debtor's Disclosure Statement (7/30/2024) [Dkt. #38] | | | |
| X. | Debtor's Response to United Texas Bank's Motion for Order Appointing Examiner [Dkt. #41] | | | |
| Y. | Email dated July 5, 2024 | | | |
| Z. | Email dated July 23, 2024 | | | |
| AA. | Email dated July 31, 2024 | | | |
| BB. | Email dated August 2, 2024 | | | |
| | Any pleadings, reports, orders, bankruptcy schedules, statements of financial affairs, monthly operating reports, proofs of claim, or other documents filed of record in the Debtors' bankruptcy cases. | | | |
| | Any exhibits offered by any other party. | | | |
| | Any exhibits necessary for impeachment purposes. | | | |
| | Any exhibits for rebuttal purposes. | | | |
| | Any appendices, exhibits, or other attachments to any of the foregoing. | | | |

UTB reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

DATED: August 29, 2024    Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
    **Michael P. Ridulfo**
    State Bar No. 16902020
    Fed. Id. 27086
    5151 San Felipe, Suite 800
    Houston, Texas 77056
    Tel.: (713) 425-7400
    Fax: (713) 425-7700
    Email: whotze@krcl.com

    **John J. Kane**
    State Bar No. 24066794
    **Kyle Woodard**
    State Bar No. 24102661
    901 Main Street, Suite 5200
    Dallas, Texas 75202
    Tel.: (214) 777-4200
    Fax: (214) 777-4299
    Email: jkane@krcl.com
    Email: kwoodard@krcl.com

*Counsel for United Texas Bank*

## CERTIFICATE OF SERVICE

This is to certify that on August 29, 2024, a true and correct copy of the foregoing amended notice was filed with the Court and served (i) via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and (ii) via first-class mail, postage prepaid, upon all parties on the attached Service List.

    */s/ Michael P. Ridulfo*
    Michael P. Ridulfo

```
Label Matrix for local noticing          Dallas County                              Walnut Hills-Greenville Ave, LLC
0541-4                                   Linebarger Goggan Blair & Sampson, LLP     1911 Bagby St Suite 300
Case 24-31485                            c/o John K Turner                          Houston, TX 77002-8740
Southern District of Texas               2777 N. Stemmons Frwy Ste 1000
Houston                                  Dallas, TX 75207-2328
Thu Aug 29 11:06:04 CDT 2024

4                                        Advanced Dallas Hospital & Clinics, LLC    Clinical Communication Partners, LLC
United States Bankruptcy Court           1911 Bagby Street Suite 200                c/o Lisa Norman
PO Box 61010                             Houston, TX 77002-8860                     Andrews Myers, P.C.
Houston, TX 77208-1010                                                              1885 Saint James Place, 15th Floor
                                                                                    Houston, Texas 77056-4175


Dallas County                            Dallas County                              (p)GRAY REED & MCGRAW LLP
Linebarger Goggan Blair & Sampson, LLP   c/o Linebarger Goggan Blair & Sampson      ATTN LISA STUCKETT
c/o John Kendrick Turner                 2777 N. Stemmons Frwy 1000                 1300 POST OAK BLVD STE 2000
2777 N. Stemmons Freeway                 Dallas, TX 75207-2328                      HOUSTON TX 77056-8000
Suite 1000
Dallas, TX 75207-2328

Kaine Russell Coleman Logan PC           The Lane Law Firm                          US Trustee
Attn: Brian Clark                        6200 Savoy Dr Ste 1150                     Office of the US Trustee
901 Main St Ste 5200                     Houston, TX 77036-3369                     515 Rusk Ave
Dallas, TX 75202-3705                                                               Ste 3516
                                                                                    Houston, TX 77002-2604


United Texas Bank                        Robert C Lane
13101 Preston Rd Ste 200                 The Lane Law Firm
Dallas, TX 75240-5220                    6200 Savoy Dr Ste 1150
                                         Houston, TX 77036-3369
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Gray Reed & McGraw LLP
c/o Anna M. Virene
1300 Post Oak Blvd
Houston, TX 77056-3043
```

            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)United Texas Bank                     (d)Walnut Hills-Greenville Ave, LLC        End of Label Matrix
                                         1911 Bagby St Suite 300                    Mailable recipients    13
                                         Houston, TX 77002-8740                     Bypassed recipients     2
                                                                                    Total                  15
```