**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WALNUT HILLS-GREENVILLE AVE, LLC, | § | Case No. 24-31485 |
| | § | |
| Debtor. | § | |

**UNITED TEXAS BANK'S AMENDED WITNESS & EXHIBIT LIST FOR HEARING ON SEPTEMBER 3, 2024, AT 8:30 A.M.**

United Texas Bank ("UTB"), files this Amended Witness & Exhibit List for the hearing on **Tuesday, September 3 at 8:30 a.m.**, prevailing central time (the "Hearing"), before the Honorable Jeffrey P. Norman, United States Bankruptcy Judge, to consider UTB's *Emergency Motion to Compel Production* [Dkt. #52] (the "Compel Motion").

**WITNESSES**

UTB may call any of the following witnesses at the Hearing:

1. Greg Quarles.
2. Joseph Lenahan.
3. Mark Previty.
4. Any representative(s) of the Debtor.
5. Any witness called or designated by any other party.
6. Any witness necessary to impeach the testimony of any witness called or designated by any other party.
7. Any witness necessary to rebut the testimony of any witness called or designated by any other party.

## EXHIBITS

UTB may offer into evidence one or more of the following exhibits at the Hearing:

| Ex. # | Description of Exhibit | Offered | Objection | Admitted |
|---|---|---|---|---|
| A. | United Texas Bank's Notice of Rule 2004 Examination of the Debtor, Walnut hills-Greenville Ave, LLC [DE 36] | | | |
| B. | United Texas Bank's Notice of Rule 2004 Examination of Mark Previty, CPA [DE 50] | | | |
| C. | United Texas Bank's Notice of Rescheduled Rule 2004 Examinations [DE51] | | | |
| D. | United Texas Bank's Proof of Claim | | | |
| E. | 7/29/24 Ridulfo email to Lane | | | |
| F. | 7/31/24 Ridulfo email to Lane | | | |
| G. | 8/2/24 Ridulfo email to Lane | | | |
| H. | 8/2/24 Ridulfo/Lane email exchange | | | |
| I. | 8/2/24 Ridulfo/Lane email exchange | | | |
| J. | 8/6/24 Ridulfo email to Lane | | | |
| K. | 8/7/24 Ridulfo/Curth/Lane email exchange | | | |
| L. | 8/8/24 Ridulfo email to Lane | | | |
| M. | 8/15/24 Ridulfo email to Lane | | | |
| N. | 8/15/24 Ridulfo email to Lane | | | |
| O. | 8/23/24 Ridulfo email to Lane | | | |

UTB reserves the right to supplement and/or amend this Witness & Exhibit List prior to the Hearing.

DATED: September 2, 2024

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
**Michael P. Ridulfo**
State Bar No. 16902020
Fed. Id. 27086
5151 San Felipe, Suite 800
Houston, Texas 77056
Tel.: (713) 425-7400
Fax: (713) 425-7700
Email: whotze@krcl.com

**John J. Kane**
State Bar No. 24066794
**Kyle Woodard**
State Bar No. 24102661
901 Main Street, Suite 5200
Dallas, Texas 75202
Tel.: (214) 777-4200
Fax: (214) 777-4299
Email: jkane@krcl.com
Email: kwoodard@krcl.com

***Counsel for United Texas Bank***

## CERTIFICATE OF SERVICE

This is to certify that on September 2, 2024, a true and correct copy of the foregoing notice was filed with the Court and served (i) via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and (ii) via first-class mail, postage prepaid, upon all parties on the attached Service List.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

Label Matrix for local noticing
0541-4
Case 24-31485
Southern District of Texas
Houston
Mon Sep 2 14:26:40 CDT 2024

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K Turner
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207-2328

Walnut Hills-Greenville Ave, LLC
1911 Bagby St Suite 300
Houston, TX 77002-8740

4
United States Bankruptcy Court
PO Box 61010
Houston, TX 77208-1010

Advanced Dallas Hospital & Clinics, LLC
1911 Bagby Street Suite 200
Houston, TX 77002-8860

Clinical Communication Partners, LLC
c/o Lisa Norman
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056-4175

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John Kendrick Turner
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Dallas County
c/o Linebarger Goggan Blair & Sampson
2777 N. Stemmons Frwy 1000
Dallas, TX 75207-2328

(p)GRAY REED & MCGRAW LLP
ATTN LISA STUCKETT
1300 POST OAK BLVD STE 2000
HOUSTON TX 77056-8000

Kaine Russell Coleman Logan PC
Attn: Brian Clark
901 Main St Ste 5200
Dallas, TX 75202-3705

The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

United Texas Bank
13101 Preston Rd Ste 200
Dallas, TX 75240-5220

Michael P Ridulfo
Kane Russell Coleman Logan
5151 San Felipe, Suite 800
Houston, TX 77056-3627

Robert C Lane
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Gray Reed & McGraw LLP
c/o Anna M. Virene
1300 Post Oak Blvd
Houston, TX 77056-3043

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)United Texas Bank

(d)Walnut Hills-Greenville Ave, LLC
1911 Bagby St Suite 300
Houston, TX 77002-8740

End of Label Matrix
Mailable recipients 14
Bypassed recipients 2
Total 16