**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WALNUT HILLS-GREENVILLE AVE., LLC,**<br><br>**Debtor.** | **Case No. 24-31485**<br><br>**Chapter 11** |

**CHAPTER 11 TRUSTEE TOM HOWLEY'S WITNESS & EXHIBIT LIST FOR HEARING SCHEDULED FOR OCTOBER 30, 2024 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** | |
|---|---|
| **Case No: 24-31485** | **Name of Debtor:** Walnut Hills-Greenville Ave., LLC |
| **Witnesses:**<br><br>Tom Howley, Chapter 11 Trustee<br><br>Daryl Mullin, Managing Director of Jones Lang LaSalle Brokerage, Inc. | **Judge:** The Honorable Jeffrey P. Norman, United States Bankruptcy Judge, Southern District of Texas |
| Any witness called or designated by any other party; and | **Courtroom Deputy:** Shannon Holden |
| Any rebuttal or impeachment witness, as necessary or appropriate | **Hearing Date: October 30, 2024** |
| | **Hearing Time: 11:00 a.m.** |
| | **Party's Name:** Tom Howley, Chapter 11 Trustee |
| | **Attorney's Name:** Jason Binford |
| | **Attorney's Phone:** 512-351-4778 |
| | **Nature of Proceeding:**<br><br>*Chapter 11 Trustee's Motion for Order Establishing Interim Compensation Procedures for Professionals* [Doc. No. 90]<br><br>*Chapter 11 Trustee's Motion for Entry of an Order: (I) Approving Procedures for the Sale of Property Free and Clear of all Liens,* |

| | |
|---|---|
| | *Claims and Encumbrances; (II) Scheduling an Auction; (III) Approving Assumption and Assignment Procedures; (IV) Approving Form of Notice; and (V) Granting Related Relief* [Doc. No. 97]<br><br>*Chapter 11 Trustee's Amended Application to Employ Jones Lang LaSalle Brokerage, Inc. as Real Estate Broker Effective as of October 4, 2024* [Doc. No. 99] |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Monthly Operating Report – April 2024 [Doc. No. 27] | | | | |
| 2 | Monthly Operating Report – May 2024 [Doc. No. 30] | | | | |
| 3 | Monthly Operating Report – 9/6/24 to 9/30/24 [Doc. No. 110] | | | | |
| 4 | Amended Monthly Operating Report – April 2024 [Doc No. 111] | | | | |
| 5 | Amended Monthly Operating Report – May 2024 [Doc. No. 112] | | | | |
| 6 | Monthly Operating Report – June 2024 [Doc. No. 113] | | | | |
| 7 | Monthly Operating Report – July 2024 [Doc. No. 114] | | | | |
| 8 | Monthly Operating Report – August 2024 [Doc. No. 115] | | | | |
| 9 | Chapter 11 Plan of Reorganization Filed by Zoo Real Estate Holdings, LLC [Doc. No. 121] | | | | |
| 10 | Commercial Lease dated December 1 , 2020 Between Walnut Hills-Greenville Ave, LLC and Advanced Dallas Hospital & Clinics LLC | | | | |
| 11 | United Texas Bank Borrower's Statement dated March 16, 2022 | | | | |
| 12 | United Texas Bank's Borrower Statement (updated) | | | | |
| 13 | United Texas Bank Proof of Claim | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 14 | Debtor's Prepetition Bank Statements | | | | |
| 15 | Debtor's Postpetition Bank Statements | | | | |
| 16 | Engagement letter between Zoo Capital Holdings, LLC, Walnut Hills-Greenville Ave, LLC and NorthMarq Capital, LLC dated July 17, 2024 | | | | |
| 17 | Dallas County Tax Summary | | | | |
| 18 | Letter to Dr. Atul L. Chopra dated September 9, 2024 | | | | |
| 19 | Letter to Advanced Dallas Hospital & Clinics, LLC dated September 12, 2024 | | | | |
| 20 | Letter to Advanced Dallas Hospital & Clinics, LLC dated September 26, 2024 | | | | |
| 21 | Email Communications | | | | |
| 22 | Proposed Bid Procedures, Form of Confidentiality Agreement, Notice of Assumption and Assignment Procedures, and Form of Sale Notice | | | | |
| 23 | Declaration of Daryl Mullin in Support of Chapter 11 Trustee's Expedited Application to Employ Jones Lang LaSalle Brokerage, Inc. as Real Estate Broker Effective as of October 4, 2024 [Doc. No. 99-2] | | | | |
| 24 | Supplemental Declaration of Daryl Mullin in Support of Chapter 11 Trustee's Expedited Application to Employ Jones Lang LaSalle Brokerage, Inc. as Real Estate Broker Effective as of October 4, 2024 [Doc. No. 117] | | | | |
| 25 | Jones Lang LaSalle Brokerage, Inc. Exclusive Sales Listing Agreement [Doc. No. 99-3] | | | | |
| 26 | Draft Flyer | | | | |
| 27 | Zoo Real Estate Holdings, LLC's Request for Production of Documents to Tom Howley, Chapter 11 Trustee | | | | |
| 28 | Tom Howley Objections to Requests for Production | | | | |
| 29 | In Galleria 2425 Owner, LLC, Case No. 23-34815, *Chapter 11Trustee's Motion for Entry of an Order: (I) Approving Procedures for the Sale of* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | *Property Free and Clear of All Liens, Claims and Encumbrances; (II) Scheduling an Auction; (III) Authorizing Entry Into the Salking Horse Agreement; (IV) Approving Assumption and Assignment Procedures; (V) Approving Form of Notice; and (VI) Granting Related* Relief [Doc. No. 188] | | | | |
| 30 | In re Galleria 2425 Owner, LLC, Case No. 23-34815, Order *(I) Approving Procedures for the Sale of Property Free and Clear of All Liens, Claims and Encumbrances; (II) Scheduling an Auction; (III) Authorizing Entry Into the Salking Horse Agreement; (IV) Approving Assumption and Assignment Procedures; (V) Approving Form of Notice; and (VI) Granting Related* Relief [Doc. No. 254] | | | | |

Dated: October 28, 2024

Respectfully submitted,

**ROSS, SMITH & BINFORD, PC**

By: /s/ *Jason Binford*
Jason Binford
State Bar No. 24045499
S. Dist. Bar No. 574720
2901 Via Fortuna
Bldg. 6, Suite 450
Austin, TX 78746
Telephone: 512-351-4778
Facsimile: 214-377-9409
Email: jason.binford@rsbfirm.com

**COUNSEL TO TOM HOWLEY, CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on October 28, 2024, I caused a copy of the foregoing document, together with copies of the referenced exhibits, to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and via email on the party listed below.

/s/ *Jason Binford*
Jason Binford

**Debtor's Counsel**
Joshua Gordon
Zach Casas
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX 77036
*joshua.gordon@lanelawfirm.com*
*zach.casas@lanelawfirm.com*

**Counsel for United Texas Bank**
Michael Ridulfo
Kane Russell Coleman & Logan, PC
5151 San Felipe, Suite 800
Houston, TX77056
*mridulfo@krcl.com*

**United States Trustee**
Jana Whitworth
515 Rusk Street, Suite 3516
Houston, TX 77002
*jana.whitworth@usdoj.gov*

**Counsel for Dallas County**
John Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75027
*dallas.bankruptcy@lgbs.com*

**Counsel for Zoo Real Estate Holdings, LLC**
T. Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, Suite 1500
Houston, TX 77056
*jjudd@andrewsmyers.com*

Advanced Dallas Hospital & Clinics, LLC
1911 Bagby Street, Suite 200
Houston, TX 77002
*jcurth@adhealthcare.com*