| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 24-31485 | Name of Debtor: Walnut Hills-Greenville Ave., LLC |
| | |
| Witnesses: Ryan Reneau, Tom Howley, Daryl Mullin, Taylor Phillips, Warren Hitchcock, Erich Mundinger | |
| Any witness listed by any other party; and | Judge: Jeffrey Norman |
| Any witness used for rebuttal. | Courtroom Deputy: Tracey Conrad |
| | Hearing Date: October 30, 2024 |
| | Hearing Time: 11:00 a.m. |
| | Party's Name: Zoo Real Estate Holdings, LLC |
| | Attorney's Name: T. Josh Judd |
| | Attorney's Phone: 713-850-4200 |
| | Nature of Proceeding: Chapter 11 Trustee's Motion for Order: (I) Approving Procedures for the Sale of Property Free and Clear of All Liens, Claims and Encumbrances; (II) Scheduling an Auction; (III) Approving Assumption and Assignment Procedures; (IV) Approving Form of Notice; and (V) Granting Related Relief (Docket #97)<br><br>Chapter 11 Trustee's Amended Application to Employ Jones Lang LaSalle Brokerage, Inc. as Real Estate Broker Effective as of October 4, 2024 (Docket #99) |

**EXHIBITS[1]**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Term Sheet from Gold Quest Group dated October 24, 2024 | | | | |
| 2. | Plan of Reorganization filed on 10/25/2024 | | | | |
| 3. | September DIP Account Statement | | | | |
| 4. | Amended April MORs | | | | |
| 5. | Debtors' Schedule A/B | | | | |

[1] Zoo Real Estate Holdings LLC, reserves its rights to amend and supplement this exhibit list based upon documents recently (and untimely) produced by the Chapter 11 Trustee.

| | | | | | |
|---|---|---|---|---|---|
| 6. | Northmarq Refinancing – Advisory & Engagement Agreement: Advanced Dallas Hospital | | | | |
| 7. | Audit of Financial Statements for Loan 91838 | | | | |
| 8. | UTB Bank Account Detail for Account Ending in 2885 | | | | |
| 9. | Motion to Set Aside Default Judgment against Lucky Chopra | | | | |
| 10. | Notice of Hearing on Motion to Set Aside Default Judgment | | | | |
| 11. | Chapter 11 Trustee Tom Howley's Objections and Responses to Zoo Real Estate Holdings, LLC's Request for Production of Documents | | | | |
| 12. | September 9, 2024, email from T. Howley to M. Ridulfo, cc: J. Binford, B. Clark, Subject: FRE 408**/Draft Preliminary Budget for Walnut Hills/Greenville (TRUSTEE000096-TRUSTEE000097) | | | | |
| 13. | September 9, 2024, email from T. Howley to M. Ridulfo, cc: J. Binford, B. Clark, Subject: RE: FRE 408**/Draft Preliminary Budget for Walnut Hills/Greenville (TRUSTEE000108-TRUSTEE000110) | | | | |
| 14. | September 9, 2024, email from T. Rochford to T. Howley, cc: B. Zaslav, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE000124-TRUSTEE000125) | | | | |
| 15. | September 9, 2024, email from G. Milligan to J. Binford, cc: K. Nicolaou, Subject: RE: Another Forensic Accounting Matter (TRUSTEE000126-TRUSTEE000128) | | | | |
| 16. | September 10, 2024, email from J. Curth to T. Howley, J. Binford, cc: J. Curth, Subject: RE: Walnut Hills-Greenville Avenue, LLC/Dr. Atul L. Chopra Contact Information (TRUSTEE000661-TRUSTEE000665) | | | | |
| 17. | September 10, 2024, email from J. Curth to T. Howley, J. Binford, cc: J. Curth, Subject: FW: Request for | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Production – Walnut Hills (TRUSTEE000666-TRUSTEE000871) | | | | |
| 18. | September 12, 2024, email from J. Judd to J. Binford, cc: T. Howley, Subject: RE: re: Walnut Hills-Greenville Ave./ Letter to Dr. Chopra on behalf of the Chapter 11 Trustee (TRUSTEE001092-TRUSTEE001093) | | | | |
| 19. | September 13, 2024, email from T. Howley to M. Ridulfo, cc: J. Biford, Subject: Re: Trustee Budget (TRUSTEE001101) | | | | |
| 20. | September 16, 2024, email from C. Lane to T. Howley, J. Binford, C. Perrin, Subject: Advanced Dallas Hospital in Dallas (TRUSTEE001122) | | | | |
| 21. | September 17, 2024, email from R. McCullough to T. Howley, C. Perrin, J. Binford, Subject: RE: Advanced Dallas Hospital in Dallas (TRUSTEE001133-TRUSTEE001146) | | | | |
| 22. | September 17, 2024, email from M. Ridulfo to T. Howley, cc: J. Binford, Subject: RE: Advanced Dallas Hospital in Dallas (TRUSTEE001160-TRUSTEE001161) | | | | |
| 23. | September 18, 2024, email from B. Zaslav to T. Howley, J. Binford, cc: J. Azuse, T. Rochford, Subject: Re: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001192-TRUSTEE001221) | | | | |
| 24. | September 18, 2024, email from J. Judd to T. Howley, cc: J. Binford, J. Curth, Subject: RE: Walnut Hills Account (TRUSTEE001244-TRUSTEE001250) | | | | |
| 25. | September 19, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: RE: Walnut-Hills CC Order (TRUSTEE001261-TRUSTEE001262) | | | | |
| 26. | September 20, 2024, email from J. Binford to M. Ridulfo, cc: K. Woodard, T. Howley, Subject: RE: Walnut Hills-Greenville Ave / UTB Lien Perfection Docs | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | (TRUSTEE001365-TRUSTEE001366) | | | | |
| 27. | September 23, 2024, email from J. Binford to M. Ridulfo, Subject: RE: Walnut Hills Eviction (TRUSTEE001421) | | | | |
| 28. | September 23, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: RE: Walnut Hills Eviction (TRUSTEE001432-TRUSTEE001435) | | | | |
| 29. | September 23, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: RE: Walnut Hills Eviction (TRUSTEE001436-TRUSTEE001441) | | | | |
| 30. | September 19, 2024, email from B. Zaslav to T. Howley and J. Binford, cc: J. Azuse, T. Rochford, Subject: Re: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001447-TRUSTEE001452) | | | | |
| 31. | September 23, 2024, email from J. Binford to T. Rochford, cc: B. Zaslav, J. Azuse, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001459-TRUSTEE001466) | | | | |
| 32. | September 23, 2024, email from T. Rochford to J. Binford, cc: B. Zaslav, J. Azuse, T. Howley, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001467-TRUSTEE001473) | | | | |
| 33. | September 24, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: FW: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001482-TRUSTEE001490) | | | | |
| 34. | September 24, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE00001500-TRUSTEE001508) | | | | |
| 35. | September 25, 2024, email from T. Howley to M. Ridulfo, J. Binford, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001525-TRUSTEE001534) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 36. | September 25, 2024, email from T. Howley to M. Ridulfo, J. Binford, cc: S. Beck, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001540-TRUSTEE001550) | | | | |
| 37. | September 25, 2024, email from T. Howley to S. Beck, M. Ridulfo, J. Binford, J. Beck, G. Quarles, B. Hayes, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001570-TRUSTEE001581) | | | | |
| 38. | September 26, 2024, email from J. Binford to J. Judd, cc: T. Howley, Subject: RE: re: 7502 Greenville Avenue, Dallas, TX 75231 / Advanced Dallas Hospital & Clinics, LLC / NOTICE OF DEFAULT (TRUSTEE001596) | | | | |
| 39. | September 30, 2024, email from J. Binford to D. Mullin, cc: E. Garner, A. Barrett, T. Howley, Subject: RE: 7502 Greenville Ave., Dallas, Texas (TRUSTEE001643-TRUSTEE001644) | | | | |
| 40. | October 1, 2024, email from D. Mullin to T. Howley, J. Binford, cc: A. Barrett, E. Garner, C. Higbie, Subject: FW: Document Review for 7502 Greenville Avenue (TRUSTEE001650-TRUSTEE001653) | | | | |
| 41. | September 27, 2024, email from D. Mullin to T. Howley, cc: E. Garner, A. Barrett, Subject: 7502 Greenville Ave., Dallas, Texas (TRUSTEE001621-TRUSTEE001622) | | | | |
| 42. | September 30, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: RE: 4:24-bk-31485 \| Walnut Hills-Greenville Ave, LLC (TRUSTEE001630-TRUSTEE001640) | | | | |
| 43. | October 1, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: FW: Document Review for 7502 Greenville Avenue (TRUSTEE001656-TRUSTEE001660) | | | | |
| 44. | October 1, 2024, email from J. Binford to M. Ridulfo, cc: T. Howley, Subject: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | RE: Document Review for 7502 Greenville Avenue (TRUSTEE002718-TRUSTEE002719) | | | | |
| 45. | October 2, 2024, email from M. Ridulfo to J. Binford, cc: T. Howley, Subject: RE: Document Review for 7502 Greenville Avenue (TRUSTEE003262-TRUSTEE003264) | | | | |
| | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date | | | | |
| | Any exhibits necessary for rebuttal, impeachment or refreshing the recollection of witnesses | | | | |
| | Any additional exhibits used for demonstrative purposes only | | | | |

DATED: October 28, 2024

Respectfully submitted,

ANDREWS MYERS, PC

/s/ T. Josh Judd

T. Josh Judd
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com