Gold Quest Group™ LLC.
" Funding America's Tomorrow "



# SECURED BRIDGE LOAN APPROVAL & TERM SHEET

October 24, 2024

Walnut Hills Greenville Ave LLC
7502 Greenville Ave
Dallas, TX 75231
Attn: Dr. Lucky Chopra

Based on the information provided by you, we are able to offer the following terms subject to verification and ratification of value, income & title. The tentative terms are as follows:

- Applicants: Borrower: Walnut Hills Greenville Ave LLC
- Property: 7502 Greenville Ave, Dallas, TX 75231
- Loan Amount: $25,000,000
- Loan to Cost: 60% and LTV: Less than 50%
- Interest Rate: 12.5%
- Term: 12 months interest only
- Origination: 4 points
- Appraisal: TBD
- Anticipated Closing: Within 120 days

The applicants have provided GQG with information about the prospective applicant's asset(s) and debt. Based on the above information, GQG has determined that the Applicants are eligible and qualified to meet the financial requirements of the loan; this is **not** a loan commitment. This Loan Approval is subject to the following contingencies and requirements:

1. Loan is subject to reviewed appraisal.
2. Verifiable financial requirements.
3. Title & Survey to be clear & satisfactory to GQG & Subsidiaries.
4. All taxes and fees due to be paid at closing and funding.
5. Tax and insurance to be escrowed in monthly payments.
6. Loan to be secured by a first mortgage or deed of trust.

We are pleased to offer you this Loan Pre-Approval & Terms; we look forward for a nice and prosperous relationship with you. If you agree with this terms and want to proceed, please sign below and return to us via email at Ankit@GoldQuestGroup.com of fax at 713-621-6473.

In addition, both parties agree that Gold Quest Group will be the exclusive agency to arrange financing for this project for a period of no less than 4 months from the date above. **It is also agreed that neither borrower nor broker will directly or indirectly, contact, deal or otherwise be involved with any of Gold Quest's investors or partner lenders for the purpose of finding**



**ZOO EXHIBIT 1**
**1 of 2**

Gold Quest Group™ LC.
"Funding America's Tomorrow"



**further financing for this or any other project for a period of up to 10 years after they are revealed**.

**If you have any questions, please call us directly at (713) 621-6466**

*Ankit Amin*

Ankit Amin
President

Walnut Hills Greenville Ave LLC

1001 West Loop South, Suite 803, Houston TX, 77027 - Office: 713-621-6466 Fax: 713-621- 6473

www.GoldQuestGroup.com