Northmarq

July 17, 2024

Lucky Chopra
Zoo Capital Holdings, LLC
Walnut Hills – Greenville Ave, LLC

**RE: Refinancing - Advisory & Engagement Agreement: Advanced Dallas Hospital ("Property")**

Dr. Chopra:

The purpose of this letter agreement is to acknowledge that Lucky Chopra, Zoo Capital Holdings, LLC, Walnut Hills – Greenville Ave, LLC, or its assigns, ("Borrower") has engaged NorthMarq Capital, LLC ("NorthMarq") as its advisor, as it relates to the capitalization of the above referenced Property. The term of this letter agreement is for 120 days from Borrower's execution or until the financing fails to remain pending. NorthMarq will have the exclusive right to arrange the Financing, based on the following.

NorthMarq shall be responsible for (i) analyzing and valuing the Property, (ii) assembling and completing a preliminary and detailed financing package, (iii) strategizing with Borrower on viable financing options for the Property, (iv) marketing the Property to the identified Lenders who may be interested in financing of the Property, (v) clearing the market (vi) negotiating deal terms for and on behalf of Borrower, and (vii) assisting Borrower in the procurement of such financing. Such engagement shall be based on the following conditions:

1. If, within the term of this letter agreement, a commitment is issued by a Lender ("Lender") and is accepted by Borrower in their sole discretion to finance the Property, then as NorthMarq's sole consideration hereunder, Borrower agrees to pay NorthMarq a fee equal to 1.00% of the Loan amount as an Advisory Fee. The Advisory Fee will be earned at lender's commitment and payable upon closing of the capitalization. In the event that Lender fails to honor its commitment, NorthMarq agrees to waive the aforementioned Advisory Fee.
    a. A "Breakage Fee", in case Borrower does not chose to move forward with a refinance after receiving at least one reasonable term sheet (i.e. due to other options involving bankruptcy planning), Borrower agrees to pay Northmarq a $50,000 breakage fee before the end of 2024.

2. NorthMarq agrees to keep all property, entity, personal, & financial information confidential, other than for purposes of securing financing and sharing information with the targeted Lenders.

3. NorthMarq shall be responsible for paying all costs associated with NorthMarq time and travel as well as packaging, marketing and incremental costs associated with the financing of the Property.

4. Borrower acknowledges that NorthMarq may have a contractual relationship with some Lender with regard to the origination, closing, and servicing of the loan and may be paid a fee, including volume based fees, for so acting on behalf of Investor.

5. If, within the term of this letter agreement, a commitment is issued by a Lender and is accepted by Borrower in it is sole discretion to finance the Property and the financing closes, then Borrower grants NorthMarq the exclusive right to negotiate for the Borrower with such Lender.

NorthMarq requests the right to publicize the financing, with Borrower's prior written approval, and requests that in the event Borrower elects to publicize the financing, that NorthMarq be mentioned.

The contents of this letter agreement must be kept confidential and neither party may reproduce or distribute this letter agreement without the prior written consent of the other party.

This letter agreement is acceptable to the undersigned and shall not be modified without the written consent of all parties. We look forward to working with you on this transaction.

Sincerely,

Warren T. Hitchcock
Senior Vice President/Managing Director

AGREED TO and ACCEPTED this 17th of July, 2024

Ryan Reneau, EVP & CFO
Zoo Capital Holdings, LLC
Walnut Hills – Greenville Ave, LLC

By: ______________________

EVP