January 4, 2024

ADVANCED DIAGNOSTICS
HEALTHCARE SYSTEM

13101 Preston Road
Suite 100
Dallas, TX 75240

Our auditors, FORVIS LLP, are conducting an audit of our financial statements. Please confirm directly to them the following information relating to our note obligation (Loan 91838) to you at December 31, 2022:

| | |
|---|---|
| Date of note: | 03/16/2022 |
| Original amount of note: | $25,000,000.00 |
| Unpaid principal balance at December 31, 2022: | $25,000,000.00 |
| Maturity date: | 03/17/2037 |
| Interest rate: | 4.25% |
| Date to which interest has been paid: | 12/31/2022 |
| Description of collateral or personal guarantees: | |

Please indicate in the space provided below whether the above information agrees with your records. If it is not, please furnish our auditors with any information you may have that will help them reconcile the difference.

After signing and dating your reply, please mail it directly to:
FORVIS, LLP Attn: Julia Secor, 2700 Post Oak, Houston, TX 77056 in the enclosed return envelope or attach the confirm and e-mail to Julia @Julia.Secor@forvis.com

Very truly yours,

______________________________
Lucky Chopra
Chairman
Advanced Diagnostics Healthcare System

To: FORVIS, LLP

The above information regarding the obligation from Walnut Hills-Greenville Avenue, LLC agrees with our records at December 31, 2022 with the following exceptions (if any):

______________________________________________________________________________

______________________________________________________________________________

January 4, 2024

If there are any direct or contingent liabilities to you not otherwise indicated above, please list:

______________________________________________________________________________

______________________________________________________________________________

Signature: ________________________________________

Title: ___________________________________________

Date: ___________________________________________