| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 24-31485 | Name of Debtor: Walnut Hills-Greenville Ave., LLC |
| Witnesses: | |
| Ankit Amin, President<br>GoldQuest Group | |
| Phillip F. Barletta, MAI, SRA<br>Barletta & Associates | Mr. Barletta may offer expert testimony regarding the offering memorandum of JLL. |
| Atul “Lucky” Chopra, MD | |
| | Judge: Jeffrey Norman |
| | Courtroom Deputy: Tracey Conrad |
| | Hearing Date: December 3, 2024 |
| | Hearing Time: 11:00 a.m. |
| | Party’s Name: Zoo Real Estate Holdings, LLC |
| | Attorney’s Name: T. Josh Judd |
| | Attorney’s Phone: 713-850-4200 |
| | Nature of Proceeding: Status Conference |

**ZOO REAL ESTATE HOLDINGS, LLC’S EXHIBITS[1]**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | Term Sheet from GoldQuest Group dated October 24, 2024 | | | | |
| 2. | JLL Offering Memorandum (to be filed under seal) | | | | |
| 3. | Declaration of Phillip F. Barletta | | | | |
| 4. | October MOR | | | | |
| 5. | | | | | |
| 6. | | | | | |
| | | | | | |
| | Any exhibits listed by any other party and/or any exhibits listed for any other hearing set for the same date | | | | |
| | Any exhibits necessary for rebuttal. impeachment or refreshing the recollection of witnesses | | | | |

[1] Zoo Real Estate Holdings LLC, reserves its rights to amend and supplement this exhibit list.

| | | | | | |
|---|---|---|---|---|---|
| | Any additional exhibits used for demonstrative purposes only | | | | |

DATED: November 27, 2024

Respectfully submitted,

ANDREWS MYERS, PC

/s/ T. Josh Judd
T. Josh Judd
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com