**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**WALNUT HILLS-GREENVILLE AVE., LLC,**<br><br>**Debtor.** | **Case No. 24-31485**<br><br>**Chapter 11** |

**CHAPTER 11 TRUSTEE TOM HOWLEY'S WITNESS & EXHIBIT LIST FOR HEARING SCHEDULED FOR DECEMBER 3, 2024 AT 10:30 A.M. (PREVAILING CENTRAL TIME)**

| **UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION** | |
|---|---|
| **Case No: 24-31485** | **Name of Debtor:** Walnut Hills-Greenville Ave., LLC |
| **Witnesses:**<br><br>Tom Howley, Chapter 11 Trustee<br><br>Daryl Mullin, Managing Director of Jones Lang LaSalle Brokerage, Inc. | **Judge:** The Honorable Jeffrey P. Norman, United States Bankruptcy Judge, Southern District of Texas |
| Any witness called or designated by any other party; and | **Courtroom Deputy:** Shannon Holden |
| Any rebuttal or impeachment witness, as necessary or appropriate | **Hearing Date: December 3, 2024** |
| | **Hearing Time: 10:30 a.m.** |
| | **Party's Name:** Tom Howley, Chapter 11 Trustee |
| | **Attorney's Name:** Jason Binford |
| | **Attorney's Phone:** 512-351-4778 |
| | **Nature of Proceeding:**<br><br>*Chapter 11 Trustee's Motion for Entry of an Order: (I) Approving Procedures for the Sale of Property Free and Clear of all Liens, Claims and Encumbrances; (II) Scheduling an Auction; (III) Approving Assumption and Assignment Procedures; (IV) Approving* |

| | |
|---|---|
| | *Form of Notice; and (V) Granting Related Relief* [Doc. No. 97]<br><br>*Chapter 11 Plan of Reorganization for Walnut Hills-Greenville Ave, LLC* [Doc. No. 121] (status conference) |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Draft Revised Bidding Procedures | | | | |
| 2 | Form of Confidentiality Agreement | | | | |
| 3 | Form of Purchase and Sale Agreement | | | | |

Dated: November 29, 2024

Respectfully submitted,

**ROSS, SMITH & BINFORD, PC**

By: /s/ *Jason Binford*
Jason Binford
State Bar No. 24045499
S. Dist. Bar No. 574720
2901 Via Fortuna
Bldg. 6, Suite 450
Austin, TX 78746
Telephone: 512-351-4778
Facsimile: 214-377-9409
Email: jason.binford@rsbfirm.com

**COUNSEL TO TOM HOWLEY, CHAPTER 11 TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on November 29 2024, I caused a copy of the foregoing document, together with copies of the referenced exhibits, to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas and via email on the party listed below.

/s/ *Jason Binford*
Jason Binford

**Debtor's Counsel**
Joshua Gordon
Zach Casas
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX 77036
*joshua.gordon@lanelawfirm.com*
*zach.casas@lanelawfirm.com*

**Counsel for United Texas Bank**
Michael Ridulfo
Kane Russell Coleman & Logan, PC
5151 San Felipe, Suite 800
Houston, TX77056
*mridulfo@krcl.com*

**United States Trustee**
Jana Whitworth
515 Rusk Street, Suite 3516
Houston, TX 77002
*jana.whitworth@usdoj.gov*

**Counsel for Dallas County**
John Turner
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75027
*dallas.bankruptcy@lgbs.com*

**Counsel for Zoo Real Estate Holdings, LLC**
T. Josh Judd
Andrews Myers, P.C.
1885 Saint James Place, Suite 1500
Houston, TX 77056
*jjudd@andrewsmyers.com*

Advanced Dallas Hospital & Clinics, LLC
1911 Bagby Street, Suite 200
Houston, TX 77002
*jcurth@adhealthcare.com*