IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>WALNUT HILLS-GREENVILLE AVE, LLC<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>) | Chapter 11<br>Case No. 24- 31485 |

**STATUS REPORT**

COMES NOW, Zoo Real Estate Holdings, LLC ("Zoo"), the Plan Proponent, sole equity holder of the Debtor, and a party in interest, and files this status report regarding the refinancing of the property owned by the Debtor:

GoldQuest Group has agreed to syndicate a loan to refinance the Debtor's property, subject to court approval. GoldQuest received a confidential term sheet that would provide the Debtor with the necessary of funds for a refinancing.[1] Negotiations are ongoing. Additional terms sheets are expected within the next two weeks, at which time the Plan Proponent, together with the other affiliated parties, will select the best offer on the refinance. Due-diligence packets for prospective lenders are complete.

Zoo requests that the Court set a deadline of December 18, 2024, for the Plan Proponent to file an Amended Plan, a Confirmation Hearing no later than January 17, 2025, with the substantial consummation by February 10, 2025.

The tenant paid December rent and there is approximately $1,675,277.36 in the Debtor-in-Possession account.

[1] Due to confidentiality provisions in the term sheet, additional information is not being filed at this time.

**ANDREWS MYERS P.C.**

*/s/ T. Josh Judd*
T. JOSH JUDD
SBN: 24036866
1885 Saint James Place, 15th Floor
Houston, TX 77056
Tel: 713-850-4200
Fax: 713-850-4211
jjudd@andrewsmyers.com

**COUNSEL FOR ZOO REAL ESTATE HOLDINGS, LLC**

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2024, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF.

*/s/ T. Josh Judd*
T. JOSH JUDD