**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WALNUT HILLS-GREENVILLE AVE, LLC, | § | Case No. 24-31485 |
| | § | |
| Debtor. | § | |
| | § | |

**OBJECTION OF UNITED TEXAS BANK TO**
**FIRST AMENDED PLAN OF REORGANIZATION**

United Texas Bank ("UTB") files this *Objection* (the "Objection") *to First Amended Plan of Reorganization* (the "Plan", Dkt. 182) and in support hereof states as follows:

1. As a preliminary matter, UTB has no objection to the Plan's proposal to pay UTB in full at the closing of the Exit Financing (as defined in the Plan). UTB reserves its right to object to the Plan to the extent it does not provide for a complete payoff.

2. In addition, the Plan proponent must demonstrate that the Plan is feasible and satisfies the confirmation requirements of the Bankruptcy Code.

3. Assuming that the Plan proponent can establish feasibility and that UTB will receive its full payoff, UTB has two specific objections to the Plan. First, UTB objects to section 13.6 of the Plan on the grounds that it is ambiguous and provides no clarity on it is intended to accomplish. Second, UTB objects to section 13.8 of the Plan wherein it is proposed that all claims held by the Debtor are to be transferred to the Reorganized Debtor. Debtor, however, lists no such claims in its Bankruptcy Schedules. *See* Dkt. 17, p. 11/36. UTB objects to the transfer of unscheduled claims to the Reorganized Debtor including any potential claims against UTB. The Plan should provide instead that UTB will receive a full release from the Debtor, the Plan proponent, the secured lender, the unsecured lender and any affiliates thereof.



11141263 v1 (76710.00040.000)

4. As of the filing of this Objection, the parties continue to confer in an attempt to reach an agreement on the Plan.

WHEREFORE, UTB respectfully requests that the Court sustain this Objection and grant it such other and further relief to which it may be entitled.

DATED: January 15, 2025

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By: */s/ Michael P. Ridulfo*
**Michael P. Ridulfo**
State Bar No. 16902020
**William Hotze**
State Bar No. 24087754
5151 San Felipe, Suite 800
Houston, Texas 77056
Tel.: (713) 425-7400
Fax: (713) 425-7700
Email: whotze@krcl.com

***Counsel for United Texas Bank***

## CERTIFICATE OF SERVICE

This is to certify that on January 15, 2025, a true and correct copy of the foregoing notice was filed with the Court and served (i) via the Court's CM/ECF notification system upon all parties registered to receive such electronic notices in this case and (ii) via first-class mail, postage prepaid, upon all parties on the attached Service List.

*/s/ Michael P. Ridulfo*
Michael P. Ridulfo

# SERVICE LIST

Walnut Hills-Greenville Ave, LLC
1911 Bagby St., Suite 300
Houston, Texas 77002-8740

Advanced Dallas Hospital & Clinics, LLC
1911 Bagby Street, Suite 200
Houston, Texas 77002-8860

Clinical Communication Partners, LLC
c/o Lisa M. Norman
Andrews Myers, P.C.
1885 Saint James Place, 15th Floor
Houston, Texas 77056

Gray Reed & McGraw LLP
Attn: Lisa Stuckett
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056-8000

Dallas County
Linebarger Goggan Blair & Sampson, LLP
c/o John K. Turner
2777 N. Stemmons Frwy, Suite 1000
Dallas, Texas 75207-2328

Alonzo Z. Casas
The Lane Law Firm
6200 Savoy Dr., Suite 1150
Houston, Texas 77036-3369

Jana Smith Whitworth
Office of the US Trustee
515 Rusk Ave, Suite 3516
Houston, Texas 77002

Robert C. Lane
The Lane Law Firm
6200 Savoy Dr., Suite 1150
Houston, Texas 77036-3369

Thomas A. Howley
Howley Law PLLC
700 Louisiana Street, Suite 4545
Houston, Texas 77002-2869

Jason Binford
Ross, Smith & Binford, PC
2901 Via Fortuna, Bldg. 6, Suite 450
Austin, Texas 78746